**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

December 10, 2020

**BY ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

12/11/2020
The bail conditions are modified as requested. Mr. Schneider may have his bond signed by one FRP. SO ORDERED.

*Paul A. Crotty*

Re: **United States v. Richard Schneider,**
    **20 Cr. 672 (PAC)**

Dear Judge Crotty:

I write with the consent of the government to request that the Court modify the conditions of Mr. Schneider's bail to require that his bond be cosigned by one financially responsible person, rather than two.

Mr. Schneider self-surrendered on child pornography charges on November 30 and was released the same day on a $25,000 bond to be cosigned by two financially responsible persons by December 14, 2020, and bail conditions including a curfew enforced by electronic monitoring, the surrender of travel documents, internet usage monitoring, no intentional or prolonged unsupervised contact with minors, and travel restricted to the Southern and Eastern Districts of New York.

Mr. Schneider's father interviewed with the U.S. Attorney's Office and was approved as a financially responsible cosigner of his son's bond. He signed the bond today and mailed it back. We expect that he will be sworn to the bond on Monday, barring a mail delay. A second financially responsible cosigner has been harder to identify, and in light of Mr. Schneider's lack of criminal history, his self surrender, and his father's strong suasion, we submit that a second consigner is not needed to reasonably assure his presence in this court.

As noted, the government consents to this request.

Respectfully submitted,
/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Ashley Nicolas