March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

RICHARD SHNEIDER,

               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20CR-CR- 672 (PAC)

Defendant _____Richard Schneider_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
*Clay H. Kaminsky for Richard Schneider*

_____
Defense Counsel's Signature

_____
Print Defendant's Name
Richard Schneider

_____
Print Defense Counsel's Name
Clay H. Kaminsky

This proceeding was conducted by reliable videoconferencing technology.

12/14/2020
_____
Date

_____
U.S. District Judge