**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 6, 2021

*5/10/2021*
*The request to travel is*
*approved /s/ ordered*

*Paul Crotty*
*USDJ*

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Richard Schneider</u>,
      20 Cr. 672 (PAC)

Dear Judge Crotty:

   I write to request that the Court permit Mr. Schneider to travel to the District of Massachusetts to visit his 89-year-old father. Mr. Schneider and his father were both recently vaccinated and wish to see one another. Because of the pandemic, they have not had a visit in nearly two years.

   Mr. Schneider proposes to leave on the afternoon of Thursday, May 13, and to return on Wednesday, May 19, 2021. By arranging his travel in this way, Mr. Schneider will not miss a single drug treatment session or drug test.

   Mr. Schneider's father is the cosigner on his son's bond and will agree to act as a third-party custodian during Mr. Schneider's visit (i.e., he will speak with Officer Lettieri and inform him of any violations) if the Court permits this trip. The curfew and monitoring would remain in effect at Mr. Schneider's father's address, which has been provided to Pretrial Services, as would all other bail conditions.

   Neither Pretrial Services nor the government takes any position on this application.

Respectfully submitted,
/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Ashley Nicolas
      USPSO Jonathan Lettieri