```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   20 Cr. 672-1 (PAC)
    -against-                       :   ORDER
                                    :
Richard Schneider                   :
                                    :
         Defendant                  :
                                    :
------------------------------------X
```

PAUL A. CROTTY, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include home detention enforced by location monitoring.

    Dated: New York, New York
          June 24, 2021

                                        SO ORDERED:

                                        _____
                                        PAUL A. CROTTY
                                        United States District Judge