**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2021

**BY ECF AND EMAIL**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: The Matter is adjourned to October 26, 2021 at 12 pm. Time is excluded. So ordered. Paul A. Crotty, USDJ]*

Re:   **United States v. Richard Schneider, 20 CR 672 (PAC)**

Dear Judge Crotty:

The Government submits this letter in advance of the September 9, 2021 conference in the above-captioned matter. With the consent of defense counsel, the Government respectfully requests an adjournment of 45 days. The parties are actively engaged in discussions relating to a potential pre-trial resolution in this matter. An adjournment will allow the parties to continue and finalize these discussions. Should the Court grant this request, we further request that time be excluded under the Speedy Trial Act from September 9, 2021 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has no objection to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: *Ashley C. Nicolas*
Ashley C. Nicolas
Assistant United States Attorney

cc:   Clay Kaminsky, Esq. (counsel for defendant Richard Schneider)
      Federal Defenders of New York