# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 27, 2021

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Richard Schneider,**
**20 Cr. 672 (PAC)**

Dear Judge Crotty:

On September 24, this Court granted Mr. Schneider's request to travel to visit his father in Massachusetts during the period of October 4–9, 2021, but the Court's Order limited the proposed trip to three days. Because Mr. Schneider's father resides in Ware, Massachusetts, and Mr. Schneider must travel by train and then rent a car to reach him, the necessary transportation is time consuming. The result is that Mr. Schneider would spend much of a three-day trip traveling instead of visiting and assisting his father.

Accordingly, I respectfully ask the Court to permit Mr. Schneider to use the entire period of October 4–9 for the trip. Given the Court's decision to permit the trip in general, the government has no objection to this requested modification. Pretrial Services takes no position.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Ashley Nicolas
USPSO Jonathan Lettieri

9/29/21
The court modifies its prior. Defendant can travel from Oct 4 to Oct 9.

So ordered
Paul Crotty