# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

*David E. Patton*
Executive Director
and Attorney-in-Chief

October 5, 2021

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: 10/5/2021 ✓ The change in schedule is approved. So ordered. Paul A. Crotty USDJ]*

Re: **United States v. Richard Schneider,**
    **20 Cr. 672 (PAC)**

Dear Judge Crotty:

I write with the consent of the government and Pretrial Services to request that Mr. Schneider be permitted to reschedule his previously approved trip to visit his father in Massachusetts. The trip was approved for October 4–9, but Mr. Schneider missed his train on October 4 due to delays related to picking up a travel charger for his location-monitoring ankle bracelet from Pretrial. Due to the limited train schedule and other commitments, he requests to reschedule the trip for October 13–18.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Ashley Nicolas
    USPSO Jonathan Lettieri