

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Richard Schneider, 20 CR 672 (PAC)

Dear Judge Crotty:

    The Government submits this joint letter in advance of the October 26, 2021 conference in the above-captioned matter. The parties respectfully request an adjournment of three weeks. The parties are actively engaged in discussions relating to a potential pre-trial resolution in this matter and anticipate finalizing those discussions within the next three weeks. Should the Court grant this request, we further request that time be excluded under the Speedy Trial Act from October 26, 2021 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has no objection to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _Ashley C. Nicolas_
Ashley C. Nicolas
Assistant United States Attorney

cc:   Clay Kaminsky, Esq. (counsel for defendant Richard Schneider)
      Federal Defenders of New York

10/25/2021
The October 26 conference is adjourned to November 17, 2021 at 11 AM in courtroom 14-C. Time is excluded through November 17, 2021. SO ORDERED.

*Paul A. Crotty*