# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 28, 2021

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

10/28/2021

*Request granted*

*So ordered*

*Paul Crotty*

Re: **United States v. Richard Schneider,**
    **20 Cr. 672 (PAC)**

Dear Judge Crotty:

I write to request that the Court authorize Pretrial Services to extend Mr. Schneider's curfew hours as necessary to permit Mr. Schneider to participate as a poll worker for early voting and on election day. Mr. Schneider is in full compliance with all conditions of his release, including the curfew condition. Pretrial Services has no objection to this request; the government defers to Pretrial Services.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Ashley Nicolas
      USPSO Jonathan Lettieri