**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 31, 2022

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Richard Schneider,**
              **20 Cr. 672 (PAC)**

Dear Judge Crotty:

    I write to request a one-time exception to the curfew conditions of Mr. Schneider's bail release to allow him to attend *Elektra* at the Metropolitan Opera with a friend on Saturday, April 9. The opera begins at 8:00 p.m. and will not end in time for Mr. Schneider to get home by his 10:00 p.m. curfew. I therefore request that the Court permit and direct Pretrial Services to extend Mr. Schneider's curfew for that evening.

    Neither the government nor Pretrial Services has any objection to this request.

    Respectfully submitted,

    /s/ Clay H. Kaminsky
    Clay H. Kaminsky
    Assistant Federal Defender
    (212) 417-8749 / (646) 842-2622

cc:    AUSA Ashley Nicolas
       USPSO Jonathan Lettieri

4/4/2022
A one time extension of the curfew is granted. SO ORDERED.

*/s/ Paul A. Crotty*