UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                                             20-CR-672 (PAC)

      - against -

                                                                                           ORDER

RICHARD SCHNEIDER

      Defendant

-----------------------------------------------------------x

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC CONSULTING, INC. d/b/a The New York Mental Health Group in the amount of $5,000.00, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

*[signature]*

Dated: New York, New York

      April 5, 2022



# MCC CONSULTING, INC. d/b/a
# The New York Mental Health Group

Tax ID: 26-3364384;     DUNS #: 080727853

**Jennifer A. McCarthy, Ph.D.**
**Executive Director**

## INVOICE

March 25, 2022

Re:  **United States of America v. Richard Schneider**
     **Docket # 20-CR-672-001 (PAC)**

███████████ *Evaluation & Report*              **$5,000.00**
*Date of Service: February 4, 11, 18, & March 25, 2022*