# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 25, 2022

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

4/26/2022
The requested one-time curfew extension is granted. SO ORDERED.

Re:   **United States v. Richard Schneider,
       20 Cr. 672 (PAC)**

Dear Judge Crotty:

I write to request a one-time exception to the curfew conditions of Mr. Schneider's bail release to allow him to attend *Lucia di Lamermoor* at the Metropolitan Opera with a friend on the evening of Friday, April 29. Because the opera will run well past Mr. Schneider's 10:00 p.m. curfew, I request that the Court permit and direct Pretrial Services to extend Mr. Schneider's curfew to 12:30 a.m. that evening.

Neither the government nor Pretrial Services has any objection to this request.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Ashley Nicolas
      USPSO Jonathan Lettieri