# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 20, 2022

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: **United States v. Richard Schneider,**
> **20 Cr. 672 (PAC)**

Dear Judge Crotty:

At sentencing, the Court indicated that it would permit Mr. Schneider to make a trip to visit his father in Ware, Massachusetts, prior to his surrender and directed counsel to submit a letter application concerning the proposed trip.

Accordingly, I hereby request permission for Mr. Schneider to travel to Ware, Massachusetts, to visit his father from August 6 to August 13, 2022.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Ashley Nicolas
USPSO Jonathan Lettieri

7/20/2022

*[handwritten notation, illegible]*