**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 8, 2022

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Court adopts Mr. Schneider's requested modification to his approved trip. Mr. Schneider may travel between August 11, 2022 and August 18, 2022.
>
> SO ORDERED.
>
> /s/ Paul A. Crotty
> August 8, 2022

Re: **United States v. Richard Schneider, 20 Cr. 672 (PAC)**

Dear Judge Crotty:

At sentencing, the Court indicated that it would permit Mr. Schneider to make a trip to visit his father in Ware, Massachusetts, prior to his surrender. The Court subsequently granted by endorsement a letter motion to permit a week-long trip between August 6 and August 13, 2022.

Mr. Schneider was unable to travel on the planned dates because he fell ill with an inflected left forearm and spent the period of August 4–7, 2022 at Mt. Sinai Morningside Hospital. He remains recovering at his apartment New York.

Mr. Schneider therefore respectfully requests that the Court modify the dates of his approved trip so that he can travel between August 11 and August 18, 2022.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Ashley Nicolas
USPSO Jonathan Lettieri