# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 23, 2022

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: 9/26/2022 Permission is granted for a final visit. So ordered. Paul A. Crotty, USDJ]*

Re: **United States v. Richard Schneider,**
    **20 Cr. 672 (PAC)**

Dear Judge Crotty:

I write to request permission for Mr. Schneider to make a final trip to visit his father in Ware, Massachusetts, before his October 10, 2022, surrender date. He proposes to leave New York on September 29 and to return on October 5.

Neither the government nor Pretrial Services takes any position on this request.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Ashley Nicolas
    USPSO Jonathan Lettieri