**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

September 7, 2023

**BY ECF**
Honorable Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Richard Schneider,**
**20 Cr. 672 (PAC)**

Dear Judge Crotty:

I write to request that the Court adjourn Mr. Schneider's initial appearance in this supervised release matter—now scheduled for September 13 at 2:15 p.m.—by not less than 120 days. The reason for this request is that the alleged violations of supervised release are related to a new criminal case against Mr. Schneider, 23 Mag. 6231. Mr. Schneider was presented on that matter on August 30, 2023, and ordered detained. Adjourning the supervised release matter will give the parties time to address the new case and perhaps to resolve the cases together.

The government consents to this request.

Respectfully submitted,
/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Ashley Nicolas

9/11/2023
The Court will set a control date for 60 days. A VOSR control date is scheduled for November 15, 2023. SO ORDERED.