```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/27/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

    -against-

RICHARD SCHNEIDER,

        Defendant.

20 Cr. 672-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a violation of supervised release hearing in this matter on **September 18, 2025**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 27, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge