UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RICHARD SCHNEIDER,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2025\_\_\_\_

20 Cr. 672-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The violation of supervised release hearing in this matter scheduled for September 18, 2025, at 1:00 p.m. is hereby RESCHEDULED to **September 18, 2025**, at **12:00 p.m.**

SO ORDERED.

Dated: September 16, 2025
       New York, New York

ANALISA TORRES
United States District Judge