```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RICHARD SCHNEIDER,

              Defendant.

20 Cr. 672-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for September 18, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated:  September 18, 2025
       New York, New York

ANALISA TORRES
United States District Judge